**Order filed November 16, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO.  14-12-00783-CV
_____

**H & S CRANE SALES, INC., Appellant**

**V.**

**BRIAN P. MIN, FEDERAL OFFSHORE, INC., AND
MIN TRANSCONTINENTAL, INC., Appellees**

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 10-CV-1864**

## ORDER

Appellant's brief was due **October 29, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **December 17, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM